**Dismissed and Memorandum Opinion filed January 17, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-00271-CR

---

### ROGER MILLICAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the County Criminal Court at Law No. 9**
**Harris County, Texas**
**Trial Court Cause No. 1786137**

---

## M E M O R A N D U M   O P I N I O N

After a trial to the court, appellant was convicted of the offense of driving while intoxicated, as a second offender. On February 14, 2012, the court sentenced appellant to confinement for sixty days in the Harris County Jail. Appellant filed a timely notice of appeal.

Appellant was granted extensions of time to file his brief until September 21, 2012, but no brief was filed. The court notified appellant that the brief was past

due, but no response was filed. On November 8, 2012, we ordered a hearing to determine why appellant's counsel had not filed a brief. *See* Tex. R. App. P. 38.8(b). On December 3, 2012, the trial court conducted the hearing, and a record of the hearing was filed in this court.

Appellant, his counsel, and counsel for the State were present at the hearing. Appellant testified that after discussion with his counsel, he wished to abandon his appeal. Appellant has not filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.2(a). On the basis of the trial court record, we have considered appellant's request to dismiss his appeal without a written motion. *See* Tex. R. App. P. 38.8(b). We have not delivered an opinion in the appeal. *See* Tex. R. App. P. 42.2(a). Therefore, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately.


PER CURIAM


Panel consists of Justices Frost, Brown, and Busby.
Do Not Publish — Tex. R. App. P. 47.2(b).